**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EAM 40 MEADOW LANE LLC,<br><br>     Debtor. | Case No. 22-10293 (BLS)<br><br>Chapter 7 |
| GEORGE L. MILLER, in his capacity as<br>Chapter 7 Trustee for the bankruptcy<br>estate of EAM 40 Meadow Lane LLC,<br><br>     Plaintiff,<br>  v.<br><br>JORDAN VOGEL<br>     Defendant. | Adv. Pro. No.: 24-50029 |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

   Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Danielle J. Marlow, Esquire of Moritt Hock & Hamroff LLP to represent Jordan Vogel in the above-captioned cases.

| | |
|---|---|
| Dated:  June 6, 2024<br>Wilmington, Delaware | */s/ Ericka F. Johnson*       <br>Ericka F. Johnson (No. 5024)<br>BAYARD, P.A.<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>Email: EJohnson@bayardlaw.com |

**CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE***

   Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  I further certify that, in accordance with the Revised Standing Order for District Court Fund effective December 21, 2023, the annual fee of $50.00 has been paid to the Clerk's Office upon the filing of this motion.

         */s/ Danielle J. Marlow*   <br>         Danielle J. Marlow<br>         **MORITT HOCK & HAMROFF LLP**<br>         450 Lexington Avenue<br>         New York, NJ  10017<br>         Email: dmarlow@moritthock.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.